# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00326-MR-WCM

| | |
|---|---|
| **LAWRENCE WRIGHT,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )  **O R D E R**<br>) |
| **ORLANDO D. CASE,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** comes before the Court *sua sponte*.

On November 20, 2019, the Plaintiff filed a document entitled "Complaint" [Doc. 1], along with an Application to proceed in this matter without prepaying fees or costs [Doc. 2]. On November 26, 2019, the Court entered an Order directing the Plaintiff to file an Amended Complaint. The Court also denied the Plaintiff's Application without prejudice and gave the Plaintiff thirty (30) days to file an Amended Application providing more information regarding his financial circumstances. [Doc. 3].

The Plaintiff filed an Amended Application on December 16, 2019. [Doc. 5]. On January 10, 2020, the Court denied the Plaintiff's Amended Application and directed him to pay the $400 filing fee. [Doc. 6]. In the Order,

the Court warned the Plaintiff that failure to pay the required filing fee within thirty (30) days would result in the dismissal of this action. [Id.].

More than thirty (30) days have now passed since the entry of the Court's Order denying the Plaintiff's Application, and the Plaintiff has failed to pay the filing fee as required.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: February 25, 2020

Martin Reidinger
United States District Judge